UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2263 ~~(1)~~ JMR

| | | |
|---|---|---|
| Robert Nolan | ) | |
| | ) | |
| vs | ) | ORDER |
| | ) | |
| Jo Anne Barnhart, Commissioner of Social | ) | |
| Security. | ) | |

The Court vacates its previous Order dated May 29, 2002.

IT IS SO ORDERED.

Dated: June 7d, 2002

JAMES M. ROSENBAUM
Chief United States District Judge

FILED
RICHARD D. SLETTEN, CLERK
6-7-2
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS